**Appeal Dismissed and Memorandum Opinion filed January 10, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00829-CV

---

## IOMNIS SURVEILLANCE SOLUTIONS, LLC AKA AND DBA IOMNIS SURVEILLANCE SOLUTIONS, AND IOMNIS SURVEILLANCE AND LOULA P. GATOURA, Appellants

## V.

## NEC CORPORATION OF AMERICA, Appellee

---

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1092072-101**

---

## M E M O R A N D U M    O P I N I O N

Appellants have not paid the filing fee of $205.00. On October 25, 2018, we issued an order stating we would dismiss the appeal if appellants did not pay the filing fee by November 5, 2018. The fee was not paid. However, appellants paid for the clerk's record, suggesting appellants intended to prosecute this appeal. For that reason, on November 27, 2018, we again issued an order stating we would dismiss the appeal if appellants did not pay the filing fee by December 7, 2018. We cautioned

that if appellants did not timely pay the filing fee, the appeal would be dismissed. *See* Tex. R. App. P. 5. The filing fee has not been paid, and appellants have not asserted that they are excused by statute or the Texas Rules of Appellate Procedure from paying the filing fee. *See* Tex. R. App. P. 5; Tex. Gov't Code Ann. § 51.207.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.